Case 4:18-cv-00526   Document 36   Filed on 02/27/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 27, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABRAHAM DELGADO on behalf of himself individually and ALL OTHERS SIMILARLY SITUATED | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:18-cv-00526 |
| v. | § § | COLLECTIVE ACTION (JURY TRIAL) |
| APOLLO ENVIRONMENTAL STRATEGIES, INC. | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

Plaintiffs Abraham Delgado, Daniel Vargas, Francisco Lopez, Jesus Avila, Jorge Guzman, Jorge Vargas, Jose Feliciano, Juan Delgado, Rocendo Gasca, Sergio Guzman, and Defendant Apollo Environmental Strategies, Inc., having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

ORDERED and ADJUDGED that all claims against Apollo Environmental Strategies, Inc. in this lawsuit shall be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear his or its own costs of court and attorneys' fees.

SIGNED this 27th day of Feb, 2019.

_____
THE HONORABLE ANDREW S HANEN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

1